JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE & MOORE
445 Bellevue Avenue, 2nd Floor
Oakland, California 94619
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Attorneys for Plaintiffs
NATHANIEL WOODS, JR.,

CHARLES STEPHEN RALSTON, SBN 34111
Law Offices of Charles Stephen Ralston
2421 Valley Street
Berkeley, California 94702
Telephone:     (510) 540-9683
Facsimile:     (510) 540-9685
Email:         crals@aol.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HABEN BERHANE, | CASE NO. C05-02872-JSW |
| Plaintiffs, | STIPULATION AND (Proposed) ORDER TO CONTINUE TO CASE MANAGEMENT CONFERENCE |
| vs. | |
| BAYER HEALTHCARE, Biological Products Division, a for profit business entity, | Date:      October 28, 2005 |
| | Time:      9:00 a.m. |
| | Courtroom: 2, 17th Floor |
| | Judge:     Honorable Jeffrey S. White |
| Defendant. | |
| | Trial Date:  None Set. |

1    Whereas, the Court has scheduled a Case Management Conference in this civil action

2    for October 28, 2005, and ordered the parties to file a Joint Case Management Conference

3    Statement on or before October 21, 2005;

4    Whereas, the parties have reached an agreement in principle to resolve this civil action,

5    subject to finalized release documentation; and

6    Whereas, it is not possible to finalize the release documentation prior to October 21, 2005,

7    or October 28, 2005,

8    The parties to this action through their undersigned counsel of record hereby stipulate and

9    agree that:

10   (1)    The Case Management Conference set for October 28, 2005, be continued until

11   January 20, 2006,

12   (2)    The Parties will finalize the settlement documents before January 20, 2006;

13   (3)    That the parties be relieved in the interim of engaging in any activities in the

14   prosecution of their claims or defenses;

15   (4)    Bayer reserves the right to renew its defense of this action and enforce discovery

16   obligations of plaintiff should the settlement of this matter fail to be finalized by January 20, 2006.

17

18

19   DATED:  October 24, 2005                THE LOUDERBACK LAW FIRM

20
                                            By:  s/Jerome Schreibstein
21                                               JEROME SCHREIBSTEIN
                                                 Attorneys for Defendant
22                                               BAYER HEALTHCARE LLC

23

24

25

26

27

28

DATED: October 24, 2005

MOORE & MOORE

By: _____/s /_____
HOWARD MOORE, JR.
Attorney for Plaintiffs
NATHANIEL WOODS,

DATED: October 24, 2005

CHARLES STEVEN RALSTON

By: _____/s/_____
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
NATHANIEL WOODS

1

ORDER

2

3    Pursuant to stipulation: IT IS SO ORDERED.

4

5

6    Dated: October 25, 2005

7                                              Honorable Jeffrey S. White
                                              UNITED STATES DISTRICT JUDGE

8

9

10

11   Doc#34289

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE – C05-02872 JSW