Case 3:05-cv-02872-JSW Document 11 Filed 01/17/2006 Page 1 of 3

JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HABEN BERHANE,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>Defendant. | CASE NO. C-05-02872 JSW<br><br>**STIPULATION AND *[~~PROPOSED~~]* ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**TRIAL DATE: None Assigned**<br><br>**Hon. Jeffrey S. White** |

WHEREAS, the Court has scheduled a Case Management Conference in this matter for January 20, 2006, and ordered the parties to file a Joint Case Management Conference Statement on or before January 13, 2005;

WHEREAS, the parties have reached an agreement to resolve this civil action, and have almost reached a finalized set of release and settlement documents; and

WHEREAS, it is not possible to finalize the release documentation prior to January 20, 2006;

The parties to this action through their undersigned counsel of record hereby stipulate and agree that:

(1) The Case Management Conference set for January 20, 2006, be continued until March 3, 2006 ~~February 28, 2006,~~ in light of the mandatory 21-day revocation period set forth in the settlement agreement under the Age Discrimination in Employment Act, as amended, including by the Older Workers Benefit Protection Act of 1990;

(2) The Parties will finalize the settlement documents, including the agreed upon Request for Dismissal with Prejudice of this matter before January 31, 2006;

(3) The parties will be relieved in the interim of engaging in any activities in the prosecution of their claims or defenses;

(4) Bayer reserves the right to renew its defense of this action and enforce discovery obligations of plaintiff should the settlement of this matter fail to be finalized, including the signature of a Request for Dismissal with Prejudice by January 31, 2006.

**IT IS SO STIPULATED.**

DATED: January 17, 2006

MOORE & MOORE

By: /s/
HOWARD MOORE, JR.
Attorneys for Plaintiff

DATED: January 17, 2006

By: /s/
CHARLES STEPHEN RALSTON
Attorney for Plaintiff
NATHANIEL WOODS

DATED: January 17, 2006

THE LOUDERBACK LAW FIRM

By: /s/
JEROME SCHREIBSTEIN
JAMES T. CONLEY
Attorneys for Defendant
BAYER HEALTHCARE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Jeffrey S. White