JEROME SCHREIBSTEIN (SBN 154051)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

HOWARD MOORE, JR. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

CHARLES STEPHEN RALSTON (SBN 34111)
2421 Valley Street
Berkeley, California 94702
Telephone: (510) 540-9683
Facsimile: (510) 540-9683

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HABEN BERHANE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, Biological Products Division, a for profit business entity,<br><br>　　　　Defendant. | CASE NO. C-05-02872 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**TRIAL DATE:** None Assigned<br><br>**Hon. Jeffrey S. White** |

## STIPULATION

It is hereby stipulated by and between Defendant Bayer Corporation, on the one hand, and Plaintiff Haben Berhane, on the other hand, through their respective counsel, as follows:

　　1.　　Plaintiff agrees to a dismissal with prejudice of the entire above-captioned action;

　　2.　　Defendant agrees to waive its right to pursue any recovery from plaintiff for any costs or fees it incurred defending against this action; and

　　3.　　All parties shall bear their own costs and fees.

---

**STIPULATION AND [PROPOSED] ORDER
DISMISSING ENTIRE ACTION WITH PREJUDICE (C-05-02872 JSW) - 1**

**IT IS SO STIPULATED.**

DATED: February 24, 2006         MOORE & MOORE

                                 By:   s/Howard Moore, Jr.
                                       HOWARD MOORE, JR.
                                       Attorney for Plaintiff

DATED: February 24, 2006         By:   s/Charles Stephen Ralston
                                       CHARLES STEPHEN RALSTON
                                       Attorney for Plaintiff

DATED: February 24, 2006         THE LOUDERBACK LAW FIRM

                                 By:   s/James T. Conley
                                       JEROME SCHREIBSTEIN
                                       JAMES T. CONLEY
                                       Attorneys for Defendant
                                       BAYER HEALTHCARE

**STIPULATION AND [PROPOSED] ORDER
DISMISSING ENTIRE ACTION WITH PREJUDICE (C-05-02872 JSW) - 2**

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above action is dismissed in its entirety with prejudice, each side to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: ___February 24___, 2006

_____
HON. JEFFREY S. WHITE
United States District Court Judge
Northern District of California

#36394

---

**STIPULATION AND [PROPOSED] ORDER
DISMISSING ENTIRE ACTION WITH PREJUDICE (C-05-02872 JSW) - 3**